UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 1 3 2014

David J. Bradley, Clerk of Court

| LOUIS LUYTEN | |
| PETITIONER | CIVIL ACTION: No: |
| V. | |
| INMATE DONALD COOK | JUDGE: |
| DEFENDANT | |

## MOTION TO COMMENCE A BIVENS CIVIL ACTION

1. Petitioner requests the Honorable Court to begin a civil action against defendant Donald Cook for assault on my person.

2. On April 7, 2014 inmate Cook brutally assaulted me in cell 423 of QA Unit at Beaumont FCC MED.

3. I am a 76 year old, former Nato Airforce pilot, I was assaulted maliciously and with premeditation by defendant who slammed me with full force on my left ear while I was seated on my bed. The air was driven into the ear cavity so that the eardrum burst with the blow, causing concussion and permanent hearing damage. Cook also kicked me in the right knee bringing about pain and knee injury.

An assault causing harm to an elderly is considered absolutely wrong.

4. I am a naturalized foreign national (Belgium), indigent and I am asking the Court to proceed in Forma Pauperis.

5. Petitioner cannot afford to hire a lawyer. Persuant to 28 U.S.C. § 1915(e)(1), petitioner is asking the Court for an order to appoint counsel to represent me in this case.

6. Petitioner's imprisonment in S.H.U. and recent retaliatory redesignation to an unfamiliar Institution with restrictive rules and injust placement in the Special Housing Unit after the assault, and being denied access to my legal paperwork from my property, greatly limit his ability to litigate the case without a lawyer.

7. Petitioner's knowledge of the English language as a foreign national is limited and he has never before been a party to a civil legal procedure.

8. A lawyer would assist petitioner in the presentation of evidence and the cross examination of witnesses.

Respectfully submitted this 8TH day of May 2014.

*Louis Luyten*
LOUIS LUYTEN
29882-050
BEAUMONT F.C.C. MED.
P.O. BOX 26040
BEAUMONT, TX 77720

- 2 -

BEAUMONT F.C.C. MED.
P.O. BOX 26040
BEAUMONT, TX 77720



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN TEXAS
P.O. BOX 61010
HOUSTON, TX 77208

**United States District Court**
**Southern District of Texas**
**FILED**

MAY 1 3 2014

David J. Bradley, Clerk of Court

May 08, 2014.

RE: CIVIL ACTION

Dear Sir, Madame,

Enclosed please find a motion to open a civil action for assault on my person by cell-mate Donald Cook.

Please send me the information guide to be able to file the action.

I also would like to obtain a copy of the applicable Texas State Law for my cause.

Sincerely yours,

Louis Luyten
05/08/2014.

LOUIS LUYTEN 29882-0...
BEAUMONT F.C.C. MED.
P.O. BOX 26040
BEAUMONT, TX 77720

United States District Court
Southern District of Texas
FILED

MAY 13 2014

David J. Bradley, Clerk of Court

LEGAL CORRESPONDENCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN TEXAS
P.O. BOX 61010
HOUSTON, TX 77208