UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NOTICE THAT YOUR COMPLAINT HAS BEEN FILED

It was filed on **May 13, 2014**

The style of the case is

Louis Luyten v. Donald Cook

The case number is **4:14–cv–01383**

The District Judge assigned to your case is **Judge Melinda Harmon**

The nature of the claim is **Civil Rights NOS: 550**

Please write or type the civil action number on the front of all letters and documents. Please address all mail to:

United States District Clerk's Office
P. O. Box 61010
Houston, Texas 77208–1010

The case will be handled in the ordinary course of the Court's work. Writing the Court to ask about your case will only SLOW the process.

Date:   May 19, 2014

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

## NOTICE OF THE RIGHT TO TRY
## A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

Louis Luyten §
    Plaintiff/Petitioner §
  §
*versus* § Case Number: 4:14–cv–01383
  §
Donald Cook §
    Defendant/Respondent(s) §

# Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____  _____

_____  _____

# Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____  _____
Date                    United States District Judge