IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LOUIS LUYTEN | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-532 |
| DONALD COOK | § | |

### FINAL JUDGMENT

Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendation, filed in this matter this date, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted.

**So ordered and signed on**

**Jan 29, 2016**

_____
Ron Clark, United States District Judge